stracts of judgment may be used to determine the length of the sentence imposed on a defendant. *See United States v. Sandoval–Sandoval,* 487 F.3d 1278, 1280 (9th Cir.2007) (per curiam) (noting abstracts of judgment are not categorically unreliable).

AFFIRMED.

Before: PREGERSON, NOONAN, and TROTT, Circuit Judges.

## ORDER

Respondent's Motion to Amend the Court's Memorandum Disposition of June 13, is granted. The memorandum disposition filed June 13, 2008 is hereby withdrawn.

**Hai Huu NGUYEN, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 04–75315.

United States Court of Appeals, Ninth Circuit.

Sept. 11, 2008.

Steven Arthur Seick, Steven A. Seick, Attorney at Law, San Diego, CA, for Petitioner.

CAS–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, San Diego, CA, Carol Federighi, Esquire, Senior Litigation Counsel, M. Jocelyn Lopez Wright, Esquire, Oil U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. LeFevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

**Douglas POWELL, Petitioner–Appellant,**

v.

**Sharon BLACKETTER, et al., Superintendent, Respondents–Appellees.**

No. 07–35610.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 29, 2008.*

Filed Sept. 11, 2008.

---

* The panel finds this case suitable for decision without oral argument. *See.* Fed. R.App. P.

34(a)(2).